IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HERMITAGE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:09cv398-MHT ) (WO) |
| GRAHAM CHAMPION, LINDA CHAMPION, and GALLOPS HOME BUILDERS, LLC, | ) ) ) ) |
| Defendants. | ) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Plaintiff Hermitage Insurance Company's motion for summary judgment (Doc. No. 28) is granted.

(2) Judgment is entered in favor of plaintiff Hermitage Insurance Company and against defendants Gallops Home Builders, LLC, Graham Champion, and Linda Champion on defendant

      Gallops Home Builders, LLC's counterclaims, with defendant Gallops Home Builders, LLC taking nothing on its counterclaims.

(3) Judgment is entered in favor of plaintiff Hermitage Insurance Company and against defendants Gallops Home Builders, LLC, Graham Champion, and Linda Champion on plaintiff Hermitage Insurance Company's claim for declaratory judgment.

(4) It is DECLARED that plaintiff Hermitage Insurance Company has no duty to defend and indemnify defendant Gallops Home Builders, LLC under plaintiff Hermitage Insurance Company's insurance policy (Pl.'s Ex. A) with defendant Gallops Home Builders, LLC.

It is further ORDERED that all other pending motions are denied as moot.

It is further ORDERED that costs are taxed against defendants Gallops Home Builders, LLC, Graham Champion, and Linda Champion for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of April, 2010.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE